IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EMERY J. YOST**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12 C 1074 |
| ) | |
| **CITY OF CHICAGO**, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

On June 22, 2012 this Court granted orally the motion of the Chicago Park District ("District") to dismiss this employment discrimination action brought against it by Emery Yost ("Yost"), with each of Yost's several claims hinging on his having been the purported victim of discrimination on the basis of his race (white) and his national origin (in the United States). As the District's motion to dismiss demonstrated, Yost's entire Complaint foundered because the person who received the promotion that Yost had sought was also white and a United States citizen.

This Court has gone back to Yost's Complaint to look at Yost's situation vis-a-vis the other named defendant, the City of Chicago ("City") itself. It turns out that despite Yost's targeting of two defendants, the Complaint speaks only of "Defendant" in the singular, with no allegations at all referring to conduct by the City rather than the District -- and of course the District is an entirely separate and (suable) entity -- see 70 ILCS 1505/0.01 to 1505/26.11.

Accordingly this Court also dismisses the City as a defendant. And that being the case, the Complaint and this action are dismissed in their entirety.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 26, 2012.